**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Franklin DELAROSA, Defendant–Appellant.**

**No. 05–14196**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 8, 2006.

Sheila Tyler Arnum, Office of the United States Attorney, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Vionnette Reyes, Federal Defender Program, Inc., Atlanta, GA, for Defendant–Appellant.

Before BLACK, BARKETT and HULL, Circuit Judges.

## PER CURIAM:

Kristen W. Goodman, appointed counsel for Franklin Delarosa, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Delarosa's sentence is AFFIRMED.